IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNETTE J. BORCHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3013 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERY A. GOHSMAN, and | ) | MEMORANDUM AND ORDER |
| CRST INTERNATIONAL, INC., A Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

    Christopher M. Ferdico and Baylor, Evnen, Curtiss, Grimit & Witt law firm have moved to withdraw as counsel of record for defendants and third-party plaintiffs, Jeffery A. Gohsman and CRST International, Inc. (Filing No. 40). Thomas A. Grennan of the law firm of Gross & Welch, P.C., L.L.O. has now entered an appearance on behalf of Jeffery A. Gohsman and CRST International, Inc. Accordingly,

    IT IS ORDERED that the motion to withdraw filed by Christopher M. Ferdico and Baylor, Evnen, Curtiss, Grimit & Witt law firm as counsel of record for defendants and third-party plaintiffs, Jeffery A. Gohsman and CRST International, Inc., (filing no. 40), is granted.

    DATED this 1st day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge